IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P.; NESTLÉ SKIN HEALTH S.A. and TCD ROYALTY SUB LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 16-1003 (LPS) ) ) ) ) ) ) ) |

[PROPOSED] JUDGMENT

At Wilmington, this 8th day of October, 2019:

WHEREAS, the Court held a bench trial in the above-captioned action on December 10, 11 and 13, 2018; and

WHEREAS, the Court issued a Memorandum Opinion setting forth its Findings of Fact and Conclusions of Law and an accompanying Order on September 30, 2019 (D.I. 233 & 234);

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Claim 1 of U.S. Patent No. 8,206,740 ("Chang '740 patent"), claims 1 and 3 of U.S. Patent No. 8,394,405 ("Chang '405 patent"), and claims 1 and 2 of U.S. Patent No. 8,470,364 ("Chang '364 patent") are infringed by Defendants Sun Pharmaceutical Industries Limited's and Sun Pharmaceutical Industries, Inc.'s (collectively, "Sun") New Drug Application ("NDA") No. 209259 and those claims are not invalid;

2. Subject to the Stipulation on U.S. Patent Nos. 8,603,506 and 9,241,946 entered in this case (D.I. 203), claims 3, 4, 5, 15, and 16 of U.S. Patent No. 8,603,506 ("Ashley '506

patent"), and claims 13, 14, 15, 16, 21, 26, 29 and 30 of U.S. Patent No. 9,241,946 ("Ashley '946 patent") are infringed by Sun's NDA No. 209259 and those claims are not invalid;

3. In accordance with Paragraphs 1 and 2 of this Order, judgment is entered for Plaintiffs and against Sun on (1) Plaintiffs' claims of infringement of claim 1 of the Chang '740 patent; claims 1 and 3 of the Chang '405 patent; claims 1 and 2 of the Chang '364 patent; claims 3, 4, 5, 15, and 16 of the Ashley '506 patent; and claims 13, 14, 15, 16, 21, 26, 29 and 30 of the Ashley '946 patent; and on (2) Sun's counterclaims of invalidity of claim 1 of the Chang '740 patent; claims 1 and 3 of the Chang '405 patent; claims 1 and 2 of the Chang '364 patent; claims 3, 4, 5, 15, and 16 of the Ashley '506 patent; and claims 13, 14, 15, 16, 21, 26, 29 and 30 of the Ashley '946 patent;

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval by the U.S. Food and Drug Administration ("FDA") of Sun's NDA No. 209259 shall be a date which is not earlier than the expiration dates of the Ashley '506 patent, the Ashley '946 patent, the Chang '740 patent, the Chang '405 patent, and the Chang '364 patent, and specifically not earlier than the December 24, 2025 expiration date of the Chang '740 patent, or any extension of that date;

5. Pursuant to 35 U.S.C. § 283 and 35 U.S.C. § 271(e)(4)(B), Sun and its officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with any of them, are hereby enjoined until the expiration of the Ashley '506 patent, the Ashley '946 patent, the Chang '740 patent, the Chang '405 patent, and the Chang '364 patent from making, using, offering for sale, or selling within the United States, or importing into the United States, any product that is the subject of Sun's NDA No. 209259;

6.  Plaintiffs' claims for infringement of all claims of U.S. Patent No. 7,749,532 ("Chang '532 patent"), claims 2-29 of U.S. Patent No. 8,206,740 ("Chang '740 patent"), claims 2 and 4-20 of U.S. Patent No. 8,394,405 ("Chang '405 patent"), all claims of U.S. Patent No. 8,394,406 ("Chang '406 patent"), claims 3-19 of U.S. Patent No. 8,470,364 ("Chang '364 patent"), all claims of U.S. Patent No. 8,709,478 ("Chang '478 patent"), all claims of U.S. Patent No. 7,211,267 ("Ashley '267 patent"), and all claims of U.S. Patent No. 7,232,572 ("Ashley '572 patent") (D.I. 1, D.I. 202) are hereby dismissed with prejudice;

7.  Sun's counterclaims for declaratory judgment of non-infringement and declaratory judgment of invalidity of all claims of the Chang '532 patent, claims 2-29 of Chang '740 patent, "), claims 2 and 4-20 of Chang '405 patent, all claims of Chang '406 patent, claims 3-19 of Chang '364 patent, all claims of Chang '478 patent, all claims of Ashley '267 patent, and all claims of Ashley '572 patent (D.I. 11), are hereby dismissed with prejudice;

8.  Sun's counterclaims for improper patent listing of the Ashley '506 patent, the Ashley '946 patent, the Ashley '572 patent and Ashley '267 patent (D.I. 11) are hereby dismissed with prejudice; and

9.  Sun's Antitrust and Patent Misuse Counterclaims and Defenses set forth in Sun's Answer, Defenses, and Counterclaims (D.I. 11), as defined in the Stipulation and Order to Bifurcate and Stay Certain Counterclaims and Affirmative Defenses (D.I. 18), are hereby dismissed with prejudice.

10. Each side will bear its own costs and expenses.

_____
The Honorable Leonard P. Stark, Chief Judge